## CENTRAL RAILROAD *vs.* RUSSELL.

CASE, FROM BIBB.    Railroads.    Roads and Bridges.    Streets and Sidewalks.    P re-
sumptions.    Municipal Corporations.    Verdict.    (Before Judge Simmons.)

Jackson, C. J.—1. The law requiring the checking of trains in pass-
ing a road crossing, applies to the crossings of streets in a city. Geor-
gia R. R. *vs.* Carr (last term )

(a) If the Legislature ·has conferred upon the municipal authorities
power to regulate the running of the trains of a railroad over the streets
of a city, semble that this would not nullify the general law, but would
furnish an additional safeguard to save life and personal property. If
the municipal authorities have not acted in the matter,. no inference
can be drawn of removal of restrictions on the speed of trains.

2. Where a railroad train came round a curve and approached a
street crossing at a speed of twenty five or thirty miles per hour, with-
out checking its speed, running down grade, so as to render it impossi-
ble for the engineer to stop, or the owner of a horse and vehicle on the
crossing to save them, the presumption of negligence, resulting from an
injury to the property was not rebutted. Nor did it appear that the
owner could have saved the property from the injury.

(a) The verdict was not excessive. This court will not generally
look closely into small matters of amounts of.damage, after the jury
have passed upon them and the presiding judge has approved their
finding.

Judgment affirmed.

Lyon & Gresham, for plaintiff in error.

Gustin & Hall, for defendant.